UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH TIMOTHY LUC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4036** |
| **STATE OF LOUISIANA DPS&C, WCI,<br>RICHARD STALDER, SECRETARY,<br>WARDEN JAMES MILLER** | **SECTION "I" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Kenneth Timothy Luc's Title 42 U.S.C. § 1983 claims against the defendants, Secretary Richard Stalder, Warden James Miller, Washington Correctional Institute, and the Louisiana Department of Public Safety and Corrections, are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted and/or for seeking monetary damages from an immune defendant pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the **Rule 12(b)(6) and 12(b)(1) Motion to Dismiss (Rec. Doc. No. 12)** filed by the defendants Miller and Stalder is **DISMISSED** as moot.

New Orleans, Louisiana, this ___7th___ day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE